■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER PASTERNAK, Appellant. [33 NYS3d 904]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed November 6, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Green*, 136 AD3d 1055, 1055 [2016]). Eng, P.J., Balkin, Hall, Cohen and Maltese, JJ., concur.